```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


DERRICK ROSS                    )
                                )
                                )
          Plaintiff             )        1:06-CV-01668 OWW SMS
                                )
     v.                         )
                                )
BASKETBALL TOWN, LLC,           )
ET AL                           )        ORDER TRANSFERRING CASE
                                )        TO SACRAMENTO DIVISION
                                )
          Defendant             )
_____)
```

It appearing that proper venue of this matter is within the Sacramento division of this court;

IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento.

IT IS SO ORDERED.

**Dated:   December 5, 2006**            /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

1